# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:04-cr-562-T-30MAP

**GERMAN DE ARMAS**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Limited Remand from the Eleventh Circuit entered on January 3, 2012, for this Court to determine whether there is excusable neglect or good cause to extend the time for the Defendant German De Armas to file his Notice of Appeal of this Court's Order of July 6, 2011.

On March 3, 2011, German De Armas filed his Motion for Sentence Adjustment Consideration Pursuant to Guideline Amendments on November 1st, 2010 (Dkt. #179) asking this Court to reduce the sentence he is currently serving pursuant to this Court's Judgment and sentence entered on April 1, 2005. De Armas requests that his sentence be reduced pursuant to the 18 U.S.C. § 3553 factors that he claims were broadened under the guideline amendments which took effect on November 1, 2010. This Court denied the motion by endorsed Order explaining that the 18 U.S.C. § 3553 factors were applicable at sentencing, not on a subsequent motion for reduction of sentence. That endorsed Order (Dkt. #180) was entered on July 6, 2011.

De Armas had fourteen days (until July 21, 2011) within which to file his Notice of Appeal. He did not file his Notice of Appeal until August 1, 2011.

Upon receipt of the Eleventh Circuit's Limited Remand, this Court, on January 10, 2012, entered an Order to Show Cause to De Armas for him to show good cause, if any he had, within thirty days why the late filing of his Notice of Appeal was the result of excusable neglect or good cause. When the thirty days expired, this Court again entered an Order on February 21, 2012, for De Armas to show good cause, if any he had, within twenty days as to why his Notice of Appeal should not be deemed untimely. On that same day, February 21, 2012, this Court received De Armas' response (Dkt. #190).

De Armas claims that the institution in which he is confined affords limited access to the law library, allowing "only 27 inmates at a time" and providing only a couple of typewriters. He also claimed that the institution experienced a lockdown "for about ten (10) days due to a fight between persons of different nationalities." De Armas supported his claim of a lockdown by attaching a notice from the prison which indicates that the facility was on lockdown status from February 3, 2012, through February 6, 2012.

A lockdown in February of 2012 would have no bearing on why De Armas did not timely file his Notice of Appeal by July 21, 2011. Likewise, limited access to the facility's law library does not explain why De Armas was late in filing his Notice of Appeal. Extensive research is not required to comply with Federal Rule of Appellate Procedure 4(b).

Therefore, the Court determines that De Armas' construed Motion for an extension of time to file his Notice of Appeal is DENIED because he has not shown that his delay was

caused by excusable neglect or good cause. The Clerk of this Court is directed to resubmit the appeal record to the Eleventh Circuit, including a copy of this Order.

**DONE** and **ORDERED** in Tampa, Florida on March 7, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cr-562.Armas remand.wpd